HEWLETT–PACKARD DEVELOP-
MENT COMPANY, L.P. and Hewlett–
Packard Company, Appellants,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Gateway, Inc., Intervenor.

No. 2006–1217.

United States Court of Appeals,
Federal Circuit.

June 13, 2006.

*ORDER*

Upon consideration of the unopposed motion of Hewlett–Packard Development Company, L.P. et al and Gateway, Inc. to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

RFR INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

REX–HIDE INDUSTRIES, INC.,
Defendant/Third Party
Plaintiff–Appellee,

v.

Century Steps, Inc., Third Party
Defendant–Appellee.

Nos. 2005–1587, 2006–1284.

United States Court of Appeals,
Federal Circuit.

June 13, 2006.

*ORDER*

Upon review of the file, it appears that RFR Industries, Inc.'s amended notice of appeal, related to the postjudgment orders entered by the United States District Court for the Northern District of Texas in district court case no. 3–02–CV–1444, should not have been docketed as a separate appeal, 2006–1284, but should have been treated as an amended notice of appeal filed in 2006–1587.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal 2006–1284 is dismissed as improperly docketed.

(2) The revised official captions are reflected above.